```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 47492
   CLIFTON SPIVEY JR
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

       Debtor
   SSN XXX-XX-1870

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 12/28/2004 and was confirmed 02/09/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was paid in full 02/07/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
CITY OF CHICAGO PARKING    UNSECURED          50.00           .00           5.00
INTERNAL REVENUE SERVICE   UNSECURED       NOT FILED          .00            .00
US DEPT OF EDUCATION       UNSECURED        8742.64           .00         874.26
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     2,105.20                     2,105.20
TOM VAUGHN                 TRUSTEE                                        169.86
DEBTOR REFUND              REFUND                                         120.68

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                    3,275.00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                      879.26
ADMINISTRATIVE                               2,105.20
TRUSTEE COMPENSATION                           169.86
DEBTOR REFUND                                  120.68
                        ---------------    ---------------
TOTALS                     3,275.00            3,275.00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                 /s/ Tom Vaughn
     Dated: 05/28/08             _____
                                 TOM VAUGHN
                                 CHAPTER 13 TRUSTEE
```